WILSON, APPELLANT, *v.* HUDSON, WARDEN, APPELLEE.

[Cite as *Wilson v. Hudson*, 127 Ohio St.3d 31, 2010-Ohio-4990.]

*Court of appeals' judgment dismissing petition for writ of habeas corpus affirmed.*

(No. 2010-1054 — Submitted October 13, 2010 — Decided October 20, 2010.)

APPEAL from the Court of Appeals for Pickaway County, No. 10CA13.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Lawrence E. Wilson, for a writ of habeas corpus. As the court of appeals properly held, habeas corpus is not available to raise Wilson's various claims. See *Shroyer v. Banks*, 123 Ohio St.3d 88, 2009-Ohio-4080, 914 N.E.2d 368, ¶ 1 (validity of charging instrument and ineffective assistance of counsel); *Durain v. Sheldon*, 122 Ohio St.3d 582, 2009-Ohio-4082, 913 N.E.2d 442, ¶ 1 (sentencing entry violating Crim.R. 32); *Cammon v. Brigano*, 101 Ohio St.3d 133, 2004-Ohio-316, 802 N.E.2d 656, ¶ 2,4 (improper jury instructions and erroneous admission of "other acts" evidence); *Tucker v. Collins* (1992), 64 Ohio St.3d 77, 78, 591 N.E.2d 1241 (invalid waiver of counsel); *Junius v. Eberlin*, 122 Ohio St.3d 53, 2009-Ohio-2383, 907 N.E.2d 1179, ¶ 1 (actual innocence); *State ex rel. Jaffal v. Calabrese*, 105 Ohio St.3d 440, 2005-Ohio-2591, 828 N.E.2d 107, ¶ 5 (sentencing errors); *Bussey v. Maxwell* (1965), 2 Ohio St.2d 143, 144, 31 O.O.2d 236, 207 N.E.2d 244 (denial of right to fair trial); *Tucker v. McAninch* (1998), 82 Ohio St.3d 423, 696 N.E.2d 595 (due process); *Norris v. Wilson*, Richland App. No. 04 CA 33, 2005-Ohio-4594 (violation of Crim.R. 43(A)). We deny appellant's motion to correct the case caption on his notice of appeal and merit brief.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Lawrence E. Wilson, pro se.

Richard Cordray, Attorney General, and Thelma Thomas Price, Assistant Attorney General, for appellee.

_____